Ryan Lee (SBN: 024846)
Krohn & Moss, Ltd.
10474 Santa Monica Blvd., Suite 401
Los Angeles, CA 90025
Tel: 323-988-2400 x 241
Fax: 866-583-3695
rlee@consumerlawcenter.com
Attorney for Plaintiff,
David Netzel

**UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA**

| | |
|---|---|
| David Netzel, | Case No.: |
| Plaintiff, | **COMPLAINT AND DEMAND FOR JURTY TRIAL** |
| v. | |
| Bureau of Collection Recovery, Inc., | **(Unlawful Debt Collection Practices)** |
| Defendant. | |

**PLAINTIFF'S COMPLAINT**

David Netzel (Plaintiff), through his attorneys, Krohn & Moss, Ltd., alleges the following against Bureau of Collection Recovery, Inc, (Defendant):

**INTRODUCTION**

1. Count I of Plaintiff's Complaint is based on the Fair Debt Collection Practices Act, *15 U.S.C. 1692 et seq.* (FDCPA).

**JURISDICTION AND VENUE**

2. Jurisdiction of this court arises pursuant to *15 U.S.C. 1692k(d)*, which states that such actions may be brought and heard before "any appropriate United States district court without regard to the amount in controversy."

3. Defendant conducts business in the state of Arizona, and therefore, personal jurisdiction is established.

4. Venue is proper pursuant to *28 U.S.C. 1391(b)(2)*.

## PARTIES

5. Plaintiff is a natural person residing in Phoenix, Maricopa County, Arizona.

6. Plaintiff is a consumer as that term is defined by *15 U.S.C. 1692a(3)*, and according to Defendant, Plaintiff allegedly owes a debt as that term is defined by *15 U.S.C. 1692a(5)*.

7. Defendant is a debt collector as that term is defined by *15 U.S.C. 1692a(6)*, and sought to collect a consumer debt from Plaintiff.

8. Defendant is a national corporation that conducts business in the state of Arizona with a business office located in Eden Prairie, Minnesota.

9. Defendant acted through its agents, employees, officers, members, directors, heirs, successors, assigns, principals, trustees, sureties, subrogees, representatives, and insurers.

## FACTUAL ALLEGATIONS

10. Defendant told Plaintiff to reference account number 44208482 when speaking with Defendant regarding the alleged debt. (See Exhibit A)

11. Defendant constantly and continuously places collection calls to Plaintiff seeking payment for an alleged debt.

12. Defendant contacts Plaintiff on his home telephone from telephone numbers (202) 607-2744, (202) 607-2745, (202) 607-2746, (202) 607-2748, (202) 607-2806 and (602) 714-9572, numerous times a day, virtually every day, seeking payment for an alleged debt.

## COUNT I
## DEFENDANT VIOLATED THE FAIR DEBT COLLECTION PRACTICES ACT

13. Defendant violated the FDCPA based on the following:

   a. Defendant violated *§1692d* of the FDCPA by engaging in conduct the natural consequence of this is to harass, abuse, and oppress the Plaintiff; and

   b. Defendant violated *§1692d(5)* of the FDCPA when Defendant caused Plaintiff's

telephone to ring repeatedly and continuously with the intent to annoy, abuse, and harass Plaintiff.

Wherefore, Plaintiff, David Netzel, respectfully requests judgment be entered against Defendant, Bureau of Collection Recovery, Inc., for the following:

14. Statutory damages of $1000.00, pursuant to the Fair Debt Collection Practices Act, *15 U.S.C. 1692k*,

15. Costs and reasonable attorneys' fees pursuant to the Fair Debt Collection Practices Act, *15 U.S.C. 1692k*

16. Any other relief that this Honorable Court deems appropriate.

## **DEMAND FOR JURY TRIAL**

Plaintiff, David Netzel, demands a jury trial in this cause of action.

Respectfully Submitted,

DATED:   Krohn & Moss, Ltd.

By: _____
     Ryan Lee
     Attorney for Plaintiff

## **VERIFICATION OF COMPLAINT AND CERTIFICATION**

STATE OF ARIZONA

Plaintiff, DAVID NETZEL, states as follows:

1. I am the Plaintiff in this civil proceeding.
2. I have read the above-entitled civil Complaint prepared by my attorneys and I believe that all of the facts contained in it are true, to the best of my knowledge, information and belief formed after reasonable inquiry.
3. I believe that this civil Complaint is well grounded in fact and warranted by existing law or by a good faith argument for the extension, modification or reversal of existing law.
4. I believe that this civil Complaint is not interposed for any improper purpose, such as to harass any Defendant(s), cause unnecessary delay to any Defendant(s), or create a needless increase in the cost of litigation to any Defendant(s). named in the Complaint.
5. I have filed this Complaint in good faith and solely for the purposes set forth in it.
6. Each and every exhibit I have provided to my attorneys which has been attached to this Complaint is a true and correct copy of the original.
7. Except for clearly indicated redactions made by my attorneys where appropriate, I have not altered, changed, modified or fabricated these exhibits, except that some of the attached exhibits may contain some of my own handwritten notations.

Pursuant to 28 U.S.C. § 1746(2), I, DAVID NETZEL, hereby declare (or certify, verify or state) under penalty of perjury that the foregoing is true and correct.

DATE: 7/6/10

DAVID NETZEL

- 4 -

PLAINTIFF'S COMPLAINT