1  C. Andrew Campbell
   Campbell@MHF.cc
2  Mark D. Fullerton, P.C.
   1839 South Alma School, Suite 275
3  Mesa, Arizona 85210
   (408) 838-9000 Telephone
4  (408) 838-9302 Facsimile

5  Robert D. Berglund (Pro Hac Vice)
   berglunr@cmtlaw.com
6  CARLSON & MESSER LLP
   5959 W. Century Boulevard, Suite 1214
7  (310) 242-2200 Telephone
   (310) 242-2222 Facsimile
8
   Attorneys for Defendant,
9  BUREAU OF COLLECTION RECOVERY, LLC,
   erroneously sued as BUREAU OF COLLECTION
10 RECOVERY, INC.

11
                    UNITED STATES DISTRICT COURT
12
                         DISTRICT OF ARIZONA
13

14
   David Netzel,                    )   CASE NO. 2:10-cv-01751-SRB
15                                  )
               Plaintiff,           )
16                                  )   **STIPULATION RE: DISMISSAL OF**
         vs.                        )   **ENTIRE ACTION AND ALL PARTIES,**
17                                  )   **WITH PREJUDICE**
                                    )
18 Bureau of Collection Recovery, Inc., )
                                    )
19             Defendant.           )
                                    )
20                                  )
                                    )
21                                  )
                                    )
22                                  )
                                    )
23

24     **IT IS HEREBY STIPULATED BETWEEN** Plaintiff DAVID NETZEL ("Plaintiff") and

25 Defendant BUREAU OF COLLECTION RECOVERY, LLC, erroneously sued as BUREAU OF

26 COLLECTION RECOVERY, INC. ("Defendant"), that Plaintiff shall dismiss,

27 / / /

28 / / /

                                      1

1  with prejudice, the above-entitled lawsuit in entirety as to all parties named therein, pursuant to
2  FRCP 41(a)(1).  Each party shall bear its own attorneys' fees and costs.

4  DATED: May 2, 2011                **CARLSON & MESSER LLP**

6                                     By: /s/ Robert D. Berglund
7                                         Robert D. Berglund
                                          Attorneys for Defendant,
                                          BUREAU OF COLLECTION RECOVERY, LLC

9  DATED: May 2, 2011                **KROHN & MOSS, LTD**

12                                    By: /s/ Peter J. Cozmyk
                                          Peter J. Cozmyk
                                          Ryan S. Lee
13                                        Attorneys for Plaintiff,
                                          DAVID NETZEL

06461.00/174137                                              STIPULATION RE: DISMISSAL OF ENTIRE
                                                             ACTION AND ALL PARTIES, WITH
                                                             PREJUDICE