UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| David Netzel, | ) | CASE NO. 2:10-cv-01751-SRB |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **ORDER GRANTING STIPULATION RE:** |
| | ) | **DISMISSAL OF ENTIRE ACTION AND** |
| | ) | **ALL PARTIES, WITH PREJUDICE** |
| Bureau of Collection Recovery, Inc., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |

Having considered the parties' Stipulation re: Dismissal, the above entitled Action is hereby dismissed with prejudice pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure. Each party to bear its own costs and expenses.

**IT IS SO ORDERED:**

DATED this 5th day of May, 2011.

_____
Susan R. Bolton
United States District Judge

1

06461.00/174133